**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2010**

In re: JOSE ANGEL GUERRERO GALINDO,

      Petitioner.

On Petition for Writ of Mandamus.
(1:11-cr-00124-NCT-2; 1:18-cv-01001-NCT-LPA)

Submitted:  February 4, 2020            Decided:  February 19, 2020

Before AGEE, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jose Angel Guerrero Galindo, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Angel Guerrero Galindo petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the recommendation of the magistrate judge and dismissed the § 2255 motion. Accordingly, because the district court has recently decided Galindo's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2